UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                                    Case No. 19-cr-118-jdp

ROJAE A. CROSSE,

    Defendant.

## WAIVER OF JURY TRIAL

I, Rojae A. Crosse, understand that I am entitled to a jury trial on the charge in the indictment pending in this case, and I have discussed this right fully with my attorney. After receiving my attorney's advice, with my signature below I knowingly and voluntarily waive a jury trial in this case.

Date: 7/8/20

_R Crosse_
Rojae A. Crosse, Defendant

Date: 7/6/2020

_Peter R. Moyers_
Peter R. Moyers, Attorney for Defendant

Pursuant to Rule 23(a)(2), the government hereby consents to this jury trial waiver.

Date: 7-9-20

_Elizabeth Altman_
Elizabeth Altman/Timothy O'Shea
Assistant U.S. Attorney

Pursuant to Rule 23(a)(2), the Court hereby consents to this jury trial waiver.

Date: July 9, 2020

_James D. Peterson_
James D. Peterson
Chief United States District Judge